IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE BOARD OF COUNTY )<br>COMMISSIONERS OF OTERO COUNTY, )<br>NEW MEXICO, ) | Civ No. 2:12-cv-00462-JAP-CG |
| )<br>Petitioner, )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>UNITED STATES DEPARTMENT OF )<br>INTERIOR BUREAU OF LAND )<br>MANAGEMENT, NEW MEXICO STATE )<br>OFFICE )<br>)<br>Respondents. ) | |

**ORDER GRANTING PETITIONER BOARD OF COUNTY COMMISSIONERS OF OTERO COUNTY'S MOTION TO EXTEND TIME TO RESPOND TO RESPONDENT'S MOTION TO STAY THE STATE COURT'S APRIL 26, 2012 "PRELIMINARY ORDER OF ENTRY"**

THIS MATTER comes before the Court on Petitioner Board of County Commissioners of Otero County's Motion to Extend Time to Respond to Respondent's Motion to Extend Time to Stay the State Court's April 26, 2012 "preliminary Order of Entry", (Doc. 11), and the Court having reviewed the pleadings and being noticed that the Respondent, United States of America, does not oppose to the relief sought in the Motion FINDS that the Motion is well taken.

IT IS THEREFORE ORDERED that the Board of County Commissioners of Otero County's Response to the Respondent's Motion to Stay the State Court's April 26, 2012 "Preliminary Order

of Entry" will be due on or before July 1, 2012.

                                                               THE HONORABLE CARMEN E. GARZA
                                                               UNITED STATES MAGISTRATE JUDGE

SUBMITTED:

BRYANT, SCHNEIDER-COOK LAW FIRM, P.A.


 /s/ Daniel A. Bryant
Daniel A. Bryant
Counsel for Otero County Defendants
159 Mescalero Trail, Suite 8
Ruidoso, New Mexico 88345
Tel: (575) 258-2202
Fax: (575) 257-8051
dan@bsclaw.us