# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| THE BOARD OF COUNTY COMMISSIONERS OF OTERO COUNTY, NEW MEXICO, | ) ) ) | Civ No. 2:12-cv-00462-JAP-CG |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF INTERIOR BUREAU OF LAND MANAGEMENT, NEW MEXICO STATE OFFICE | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER GRANTING THE UNITED STATES' MAY 15, 2012 UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR PRESENT OTHER DEFENSES OR OBJECTIONS**

On May 15, 2012, the United States filed it "Unopposed Motion To Extend Time To Answer Or Present Other Defenses Or Objections," (Doc. 12), seeking an extension to file an "answer or present other defenses or objections" to Petitioner's April 24, 2012 "Petition for Condemnation and for Immediate Possession," pursuant to Federal Rule of Civil Procedure 81(c)(2). The Court, having reviewed the Unopposed Motion, finds that the Unopposed Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED:

Federal Respondent's time to file an "answer or present other defenses or objections" to Petitioner's April 24, 2012 "Petition for Condemnation and for Immediate Possession," is extended to July 1, 2012.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE