IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE BOARD OF COUNTY COMMISSIONERS OF OTERO COUNTY, NEW MEXICO, | ) ) ) ) civ No. 2:12-cv-00462-JAP-CEG |
| Petitioner, | ) ) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF INTERIOR BUREAU OF LAND MANAGEMENT, NEW MEXICO STATE OFFICE | ) ) ) ) ) |
| Respondents. | ) ) |

ORDER GRANTING PETITIONER BOARD OF COUNTY COMMISSIONERS OF
OTERO COUNTY'S MOTION TO EXTEND TIME TO
RESPOND TO RESPONDENT'S MOTION TO STAY
THE STATE COURT'S APRIL 26, 2012 "PRELIMINARY ORDER OF ENTRY"

THIS MATTER having come before the Court on Petitioner Board of County Commissioners of Otero County's Motion to Extend Time to Respond to Respondent's Motion to Stay the State Court's April 26, 2012 "Preliminary Order of Entry", (Doc. 21), and the Court having reviewed the pleadings and being noticed that the Respondent, United States of America, does not oppose the relief sought in the Motion, FINDS that the Motion is well taken and shall be GRANTED.

IT IS THEREFORE ORDERED that the Board of County Commissioners of Otero County's Response to the Respondent's Motion to Stay the State Court's April 26, 2012 "Preliminary Order of Entry" will be due on or before July 24, 2012.

[signature]

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED:

BRYANT, SCHNEIDER-COOK LAW FIRM, P.A.

 /s/ Daniel A. Bryant
Daniel A. Bryant
Counsel for Otero County Defendants
159 Mescalero Trail, Suite 8
Ruidoso, New Mexico 88345
Tel: (575) 258-2202
Fax: (575) 257-8051
dan@bsclaw.us

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2012 copies of the foregoing documents were served by the Court's ECF Notice System and electronic mail on the following counsel of record:

Michael H. Hoses
U.S. Attorneys Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
505-346-7274
Email: michael.hoses@usdoj.gov
Lead Attorney
Attorney to be noticed

Andrew A. Smith
U.S. Department of Justice
c/o U.S. Attorneys Office
P.0.Box 607
Albuquerque, NM 87103
505-224-1468
Fax: 505-346-7205
Email: Andrew.smith@usdoj.gov

Attorney to be noticed

Ruth Fuess Keegfan
U.S. Attorney's Office
201 Third Street NW
Suite 900
Albuquerque, NM 87102
505-346-7296
Fax: 505-346-7296
Email: ruth.f.keegan@usdoj.gov
Attorney to be noticed

/s/    Daniel A Bryant