IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE BOARD OF COUNTY COMMISSIONERS OF OTERO COUNTY, NEW MEXICO, )<br><br>Petitioner, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF INTERIOR BUREAU OF LAND MANAGEMENT, NEW MEXICO STATE OFFICE )<br><br>Respondents. ) | civ No. 2:12-cv-00462-JAP-CEG |

## ORDER GRANTING EXTENSION OF TIME

**THIS MATTER** comes before the Court on Petitioner's *Motion to Extend Time to Respond to Respondent's Motion to Dismiss*. (Doc. 23). Petitioner seeks an extension of time until July 31, 2012, to respond to Respondent's *Motion to Dismiss*, (Doc. 20), and Respondent's *Emergency Motion to Set Aside and Dissolve the State Court's Preliminary Order of Entry*, (Doc. 6). In support, Petitioner states that one of its attorneys lost his house to a forest fire near Ruidoso and that multiple files relating to this litigation were destroyed. (*Id.* at 2). Petitioner's attorneys are currently seeking to reconstruct the files. (*Id.*). Petitioner further states that one of its attorneys was in trial in Nevada through the first week of July and that he was unable to prepare responses to Respondent's motions. (*Id.*). The Court, having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, **FINDS** that Petitioner has demonstrated good cause for an extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's *Motion to Extend Time to Respond to Respondent's Motion to Dismiss*, (Doc. 23), be **GRANTED**. Petitioner's response to Respondent's *Motion to Dismiss* and *Motion to Stay the State Court's Preliminary Order of Entry* will be due on or before July 31, 2012.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE