IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE BOARD OF COUNTY COMMISSIONERS OF OTERO COUNTY, NEW MEXICO,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR BUREAU OF LAND MANAGEMENT, NEW MEXICO STATE OFFICE<br><br>Respondents. | civ No. 2:12-cv-00462-JAP-CEG |

## DISMISSAL WITHOUT PREJUDICE

COMES NOW, the Board of County Commissioners of Otero County, New Mexico upon the direction of the Chairman of the Board and hereby dismisses the above styled and numbered cause of action without prejudice.

Pursuant to Federal Rules of Civil Procedure Rule 41 Dismissal of actions (a) (1) (A) (i) dismissal is proper voluntarily by Plaintiff because the Defendants have not filed either an Answer or a Motion for Summary Judgment.

**Signed Electronically**
Mark Pollot
Attorney for Petitioner

**Signed Electronically**
Daniel A. Bryant
Attorney for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2012 copies of the foregoing documents were served by the Court's ECF Notice System and electronic mail on the following counsel of record:

Michael H. Hoses
U.S. Attorneys Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
505-346-7274
Email: michael.hoses@usdoj.gov
Lead Attorney
Attorney to be noticed

Andrew A. Smith
U.S. Department of Justice
c/o U.S. Attorneys Office
P.O. Box 607
Albuquerque, NM 87103
505-224-1468
Fax: 505-346-7205
Email: Andrew.smith@usdoj.gov
Attorney to be noticed

Ruth Keegan
U.S. Attorney's Office
201 Third Street NW
Suite 900
Albuquerque, NM 87102
505-346-7296
Fax: 505-346-7296
Email: ruth.f.keegan@usdoj.gov
Attorney to be noticed

Signed electronically 7-26-12
Mark Pollot

Signed electronically 7-26-12
Daniel A. Bryant